UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS ENRIQUE FLORES,<br><br>　　　　Defendant. | Case No.  1:15-cr-00304-DAD-BAM-3<br><br><br>STIPULATION AND ORDER |

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

　　　1.　　The Judgment of Conviction in this matter shall state that the Defendant was sentenced to 6 months in custody with credit for time served.

DATED:　　　October 17, 2016.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Karen A. Escobar_____
　　　　　　　　　　　　　　　　　　　　KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

////

////

1

DATED:       October 17, 2016.       /s/ Gary Huss
                                     GARY HUSS
                                     Counsel for Enrique Luis Flores

**O R D E R**

The Judgment of Conviction in this matter shall state that the Defendant was sentenced to 6 months in custody with credit for time served.

IT IS SO ORDERED.

Dated:   **October 18, 2016**              /s/ Dale A. Drozd
                                           UNITED STATES DISTRICT JUDGE